William D. Hyslop
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington  98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYME MECHELLE HUNT,<br><br>Defendant. | 1:20-CR-2023-SAB<br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 113(a)(6), 1153<br>Assault Resulting in Serious Bodily Injury |

The Grand Jury charges:

On or about June 29, 2020, within the exterior boundaries of the Yakama Nation, in Indian Country, in the Eastern District of Washington, the Defendant, JAYME MECHELLE HUNT, an Indian, assaulted Jane Doe, and the assault

//

//

//

INDICTMENT - 1

resulted in serious bodily injury, in violation of 18 U.S.C. §§ 113(a)(6), 1153.

DATED this 7th day of July, 2020.

A TRUE BILL

_____
Foreperson

*[signature]*
William D. Hyslop
United States Attorney

*[signature]*
Michael D. Murphy
Assistant United States Attorney

INDICTMENT - 2