FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEAN F. McAVOY, CLERK

PENALTY SLIP

Jul 07, 2020

DEFENDANT NAME:  **JAYME MECHELLE HUNT**

TOTAL NO. COUNTS:  1

**VIO: 18 U.S.C. §§ 113(a)(6), 1153 -- Assault Resulting in Serious Bodily
Injury**

PENALTY:  **CAG up to 10 years;
and/or $250,000 fine;
NMT 3 years supervised release;
a $100 special penalty assessment.**

CASE
NO. _1:20-CR-2023-SAB-1_____

AUSA    MDM
INITIAL_____