FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 25, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:20-CR-02023-SAB-1 |
|---|---|
| Plaintiff, | ORDER QUASHING ARREST WARRANT |
| vs. | **ECF Nos. 43, 44** |
| JAYME MECHELLE HUNT, | **\*\*USMS ACTION REQUIRED\*\*** |
| Defendant. | |

Due to Defendant's Tribal Court hearing scheduled on November 30, 2020 at 3:00 p.m.;

**IT IS HEREBY ORDERED**:

1. The Arrest Warrant issued November 23, 2020 (**ECF No. 42**) is **QUASHED**. The Court will reissue the warrant after Defendant is returned to the Yakima County Jail on **November 30, 2020**.

2. Defendant's Motion to Temporarily Quash (**ECF No. 43**) and Motion to Expedite (**ECF No. 44**) are **GRANTED**.

DATED November 25, 2020

s/<i>Mary K. Dimke</i>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1