# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hunt, Jayme Mechelle | Docket No. | 0980 1:20CR02023-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jayme Mechelle Hunt, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 13th day of July 2020, under the following conditions:

**Condition #1**: Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Jayme Mechelle Hunt is alleged of being in violation of her pretrial release conditions by allegedly committing the crime of first degree arson on July 20, 2020.

On July 14, 2020, the conditions of pretrial release supervision were reviewed telephonically with Ms. Hunt due to COVID-19. She acknowledged an understanding of her conditions, which included standard condition number 1.

On July 20, 2020, per Toppenish Police Department incident report number 20P2870, at approximately 12:10 a.m., officers were dispatched to 215 North Chestnut Street in Toppenish, Washington, in regard to a structure fire at the listed address. When officers arrived, they stood by while the fire department checked the building. It should be noted, when Officer Perry arrived on the scene only two residents were on the front porch. He knew both subjects by sight due to multiple contacts with them, the female identified as Jayme Hunt and the male identified as Alberto Schrader.

It should be noted that 215 North Chestnut Street is an apartment complex with a total of four apartments, two of the apartments, number 2 and number 4, were vacant at the time. Apartment number 4 was rented to Michael Sekaquaptewa, but Michael was not at home at the time of this incident. Apartment number 1 was rented to Jayme Hunt at the time of the incident.

Firefighters checked the building, which at the time had a large amount of smoke in the main lobby of the building. Officers were informed by the fire department that evidence of arson had been located in the bathroom of apartment 1. Once officers were informed by the fire department they had located the fire and put it out, Officer Perry entered the building where he made contact with firefighters and Fire Chief Smith.

Fire Chief Smith showed Officer Perry a bottle they had pulled from the interior wall behind a hole that had been made in the shower. The bottle had been burnt through on the side of the bottle. A toilet paper "wick" was still protruding from the top of the bottle, which was burnt as well. Fire Chief Smith informed Officer Perry there was still a residue of what smelt to be rubbing alcohol coming from the bottle. Based on his training and experience, the bottle located was what is known as a Molotov cocktail.

Fire Chief Smith showed Officer Perry where the firefighters had busted a small hole near the base of the shower to locate the bottle. When Officer Perry asked Fire Chief Smith how they had located the bottle, he was informed they had used infrared to locate the heat source. When Officer Perry asked Fire Chief Smith about the hole in the wall of the shower, he

was informed the hole was already there when the fire department arrived. Officer Perry was informed that was the only way the Molotov cocktail could have made it behind the drywall.

The Molotov cocktail was located on the floor in the kitchen, which is adjacent to the bathroom. When Officer Perry asked how the Molotov cocktail ended up in the kitchen, he was informed the firefighters had located the cocktail behind the drywall of the bathroom. Firefighters had to make a hole in the wall when they retrieved the item, it was tossed on the floor and left there for officers to photograph.

On the floor next to the shower were two other bottles which had fire damage around the neck of the bottle as well as along the side of the bottles. The bottles also had remnants of what appeared to be burnt toilet paper still in the neck of the bottle.

Fire Chief Smith also located a half empty bottle of rubbing alcohol on the table, as well as a bottle of bleach on the floor. In addition, Fire Chief Smith located multiple items which had been burnt in the garbage can located in the living room.

Officer Perry took photos of the Molotov cocktail, one photo of the cocktail next to his Armament Systems and Procedures (ASP) baton for measurement. He also took photos of the two bottles near the shower, the hole in the shower wall as well as the hole the fire department made. Photos were taken of the damage behind the drywall where damage to the studs behind the wall was visible. Photos of the rubbing alcohol were taken, as well as the burnt items in the trash.

Officer Perry asked Firefighter (FF) Oswalt if either of the two residents had made any statements to him when he arrived. FF Oswalt informed him the male, Alberto Schrader, had informed him he was sleeping when the female, Jayme Hunt, had woke him up stating the house was on fire. FF Oswalt stated Jayme stated to him she was asleep and was awoken by the smoke, which was when she woke Alberto up.

FF Oswalt collected the evidence to be transported to the firehouse to be tested, sealed and returned to the police department.

Due to the evidence of a crime, officers detained both Alberto and Jayme. Officer Perry read Jayme her Miranda Warnings/Rights which she waived. Upon talking with Jayme, she was not making any complete sentences. She continued to make statements like "Chico's going to get me." When Officer Perry asked Jayme who "Chico" was, she would just look at him and stop talking. Jayme did this multiple times.

Officers transported both Jayme and Alberto back to the police department where Officer Perry conducted a taped statement with Alberto. During the statement, Alberto informed him he had been in an argument with Jayme. Alberto stated during the argument, Jayme had a brown Modelo beer bottle, which she had poured rubbing alcohol and bleach into. Alberto said there was toilet paper hanging out of the neck of the bottle, which Jayme continued to light and put back out. During the statement Alberto had said, "She knows how to make bombs."

Alberto stated he had fallen asleep and was woken up by Jayme who told him they had to leave because the house was on fire. Officer Perry asked Alberto if he could smell any smoke at the time Jayme had woke him up, which he stated it was "kinda smokey." Alberto stated he left the building with Jayme where he stayed on the front porch until officers transported him to the police department.

Once Officer Perry had completed the taped statement with Alberto, he released Alberto from custody. He asked Jayme if she would be willing to provide a taped statement as well, at which time she stated she did not want to talk anymore.

All photos and taped statements were added to the case.

Based on the facts and circumstances listed above, Officer Perry requested the charge of First Degree Arson, in violation of the Revised Code of Washington (RCW) 9A.48.020( 1)( c) for Jayme Hunt.

Officer Perry completed a significant incident report (SIR) for Jayme and transported her to the Yakima County Jail where he released her to the corrections staff.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: July 21, 2020 |
| by | s/Arturo Santana |
|  | Arturo Santana<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M.K. Dimke

Signature of Judicial Officer

7/21/2020
Date