UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hunt, Jayme Mechelle | Docket No. | 0980 1:20CR02023-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jayme Mechelle Hunt, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 9th day of February 2021, under the following conditions:

**Standard condition number 9 (ECF 66):** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Jayme Mechelle Hunt is alleged of being in violation of her pretrial release conditions by consuming controlled substance, marijuana, on or about February 18, 2021.

On February 10, 2021, the conditions of pretrial release supervision were reviewed telephonically with Ms. Hunt. She acknowledged an understanding of her conditions, which include the standard condition noted above.

On February 18, 2021, Ms. Hunt secured a chemical dependency assessment at Merit Resource Services (Merit). During the assessment at Merit, the chemical dependency provider (CDP) collected a random urine sample which tested presumptive positive for marijuana. The sample was sent off to Cordant Laboratory for confirmation.

On March 8, 2021, this officer received a status report from Merit advising Ms. Hunt tested positive during her assessment and the results were received on March 3, 2021, confirming a positive reading for marijuana.

On March 8, 2021, this officer made telephone contact with Ms. Hunt asking about the positive urine sample collected on February 18, 2021. Ms. Hunt stated her ex-boyfriend (father of her children) came to her house and she thought they were going to get back together. She stated he made her some food and she thinks he put the marijuana in her food to try and "set her up." Ms. Hunt stated she shared this with her CDP at Merit as well. On March 8, 2021, Ms. Hunt went to Merit and submitted another random urine sample, which to her credit, tested negative for all substances.

This officer reminded Ms. Hunt of the importance she remain clean and sober and encouraged her to distance herself from anti-social people. Ms. Hunt apologized and stated this would not occur again.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on        03/10/2021

by        s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_M. K. Dimke_

Signature of Judicial Officer

3/11/2021

Date