PS 42  
(Rev 07/93)

**United States District Court**

**Eastern District of Washington**

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2021

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **Jayme Mechelle Hunt** ) | Case No. 1:20-CR-02023-SAB-1 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

On February 8, 2021, Ms. Hunt appeared before the Honorable Mary K. Dimke, United States Magistrate Judge for an initial appearance on a pretrial release violation reported in a revised Petition dated February 5, 2021 (ECF No. 59, violation 1). The Court conducted a revocation hearing on Monday, February 8, 2021, which was continued to February 9, 2021. The Petition (ECF No. 57) and revised petition (ECF No. 59) were dismissed and Ms. Hunt was released back onto pretrial supervision to include special condition number 9: Location Monitoring with Global Position Satellite (GPS) and home confinement. Since her release, Ms. Hunt has maintained compliance with all aspects of her location monitoring and home confinement.

This officer respectfully requests the removal of special condition number 9 and addition of special condition number 11. Special condition number 10, relating to exclusion zones, will remain in effect.

This officer has spoken with the Assistant United States Attorney's office and Ms. Hunt's assigned counsel; all are in agreement.

**Removal of the following special condition:**
Special Condition #9 (ECF No. 66): Defendant shall participate in a program of GPS home confinement. Defendant shall wear at all times, a GPS device under the supervision of the United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office. Defendant shall be restricted at all times, to her residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial office or supervising officer, including but not limited to employment, religious services, medical necessities.

**Addition of the following special condition:**
Special Condition #11: Defendant shall participate in a program of Global Positioning Satellite (GPS) with Stand Alone Monitoring: Monitoring with Defendant's movements and locations monitored by United States Probation and Pretrial Services.

Ms. Hunt consents to the modification of her release conditions and agrees to abide by this modification.

*I read this document to my client and she authorized me to sign it on her behalf.*

| s/Jayme Hunt | 8/24/2021 | _Linda Leavitt_ | 8/24/2021 |
|---|---|---|---|
| Signature of Defendant | Date | United States Probation Officer | Date |
| Jayme Mechelle Hunt | | Linda J. Leavitt | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Adam R Pechtel_     8/24/2021

Signature of Defense Counsel     Date

Adam Pechtel

[X]   The above modification of conditions of release is ordered, to be effective on  8/25/2021 .

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_M. K. Dimke_     8/25/2021

Signature of Judicial Officer     Date

~~Stanley A. Bastian~~
Mary K. Dimke