# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2021

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hunt, Jayme Mechelle | Docket No. | 0980 1:20CR02023-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Phil J. Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jayme Mechelle Hunt, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 9th day of February 2021, under the following conditions:

<u>Standard Condition #1:</u> Defendant shall not commit any offense in violation of federal, state, or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Violation #1</u>: Jayme Mechelle Hunt is alleged of being in violation of her pretrial release conditions by allegedly committing a new law violation of Assault and Battery, Domestic Violence, in violation of Revised Yakama Code (RYC) 10.01.11, on September 5, 2021.

On February 10, 2021, the conditions of pretrial release supervision were reviewed telephonically with Ms. Hunt.  She acknowledged an understanding of her conditions, which includes the standard condition noted above.

According to the Yakama Nation Police Department (YNPD) narrative report for incident 21-005562, the following occurred: On September 5, 2021, the YNPD responded to a domestic disturbance at 1800 South McKinely Road in Toppenish, Washington.  When officers arrived they contacted the defendant and Ashley Yazzie (DOB 04/05/1971).  The defendant had what appeared to be blood splattered on her face.  Ms. Yazzie was bleeding heavily from her mouth, nose, and she had a cut and lump above her left eye, and a lump with bruising under her right eye.

During the investigation of the alleged assault, Ms. Yazzie informed YNPD that she was upset with the defendant because the defendant had nude photographs of Ms. Yazzie on her cellular phone and the defendant refused to delete them.  Ms. Yazzie informed YNPD that the defendant hit her several times.  The defendant had blood on the knuckles of her right hand, but she did not have any injuries.  YNPD photographed Ms. Yazzie's injuries and the blood on the defendant's face and hands.

Due to Ms. Yazzies' injuries and the blood on the defendant, YNPD determined there was sufficient evidence that an assault had occurred. The defendant was arrested and charged with Assault and Battery Domestic Violence, in violation of RYC 10.01.11.  The defendant was transported to the Yakama Nation Correctional facility where  she remains as of the date of this report.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on     09/08/2021

by     s/Phil Casey

Phil Casey
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*m. k. Dimke*

Signature of Judicial Officer

9/8/2021

Date