FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAYME MECHELLE HUNT,<br><br>          Defendant. | No. 1:20-CR-02023-SAB-1<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE; EXTENDING DEADLINES** |

The Court held a pretrial conference in the above-captioned matter on February 2, 2022. Gregory Scott appeared on behalf of Defendant. Michael Murphy appeared on behalf of the United States. Defendant was not present due to her being in COVID-19 quarantine in the jail.

At the hearing, counsel for Defendant requested that the Court continue the pretrial conference and trial and extend deadlines due to Defendant's absence. The United States did not object to the continuance. This Order memorializes the Court's oral rulings.

//

//

//

//

**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE; EXTENDING DEADLINES** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The trial date is **SET** for Monday, **June 27, 2022**, at **9:00 a.m.**, commencing with a final pretrial conference at **8:30 a.m.** The trial is estimated to last **three (3)** to **four (4)** days and shall take place in **Yakima**, Washington.

2. The pretrial conference is **CONTINUED** to **June 15, 2022,** at **9:30 a.m.** in **Yakima**, Washington. Counsel shall advise the Court regarding any dispositive change in the status of this case **at least five (5) days prior to the pretrial conference**. Any motion to continue the pretrial conference or trial shall be filed at the earliest practicable opportunity, but no later than **seven (7) days prior to said proceeding**. Movant shall provide (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, Defendant's signed Speedy Trial Waiver; (3) the position of opposing counsel; and (4) the proposed new date. Continuances are not granted absent good cause.

3. All pretrial motions, including motions *in limine* and *Daubert* motions, shall be filed on or before **May 25, 2022** and noted for hearing at the pretrial conference. Any response to a pretrial motion shall be filed and served in accordance with Local Rule 7.1.

4. The Court finds, given the outbreak of the COVID-19 virus, that rescheduling hearings set in the near future would result in minimizing undue risk to defendants, counsel, law enforcement, Court staff, and the public at large. The Court also finds current public health advisories reduce the Court's ability to obtain an adequate spectrum of jurors and curtails the availability of counsel and Court staff to be present in the courtroom. *See* Eastern District of Washington General Order 2021-24. The Court, therefore, finds the ends of justice served by resetting hearings in all criminal matters during this period outweigh the best interest of the public and defendants in speedy trials, and the period of delay attributable to this Order will be excluded from Speedy Trial Act calculations.

**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE; EXTENDING DEADLINES** # 2

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between February 14, 2022, the original trial date, until June 27, 2022, the new trial date, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

5. Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties **on or before seven (7) calendar days** prior to trial. This does not modify the parties' discovery obligations under Fed. R. Crim. P. 16. Absent an agreement between the parties or an Order from the Court, the parties' Fed. R. Crim. P. 16 discovery deadlines shall be governed by Local Criminal Rule 16.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 2nd day of February 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE; EXTENDING DEADLINES # 3**