FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2022

SEAN F. McAVOY, CLERK

1 Vanessa R. Waldref
2 United States Attorney
  Eastern District of Washington
3 Michael D. Murphy
4 Assistant United States Attorney
  402 E. Yakima Avenue, Suite 210
5 Yakima, Washington 98901
6 Telephone: (509) 454-4425

7

8           UNITED STATES DISTRICT COURT
9       FOR THE EASTERN DISTRICT OF WASHINGTON

10 | UNITED STATES OF AMERICA, | SUPERSEDING INDICTMENT
11 |                            |
12 |                 Plaintiff, | 1:20-CR-2023-SAB
13 |                            |
   |            v.              | Vio:  18 U.S.C. §§ 1153 and
14 |                            |       113(a)(6)
15 | JAYME MECHELLE HUNT,       |       Assault Resulting
   |                            |       in Serious Bodily Injury
16 |                 Defendant. |       (Count 1)
17 |                            |
18 |                            |       18 U.S.C. § 1512(b)(1)
   |                            |       Attempted Tampering with a
19 |                            |       Witness or Victim by Corrupt
20 |                            |       Persuasion
   |                            |       (Count 2)
21
22

23      The Grand Jury charges:
24
25                     COUNT 1
26
   On or about June 29, 2020, within the exterior boundaries of the Yakama
27
28 Nation, in Indian Country, in the Eastern District of Washington, the Defendant,


SUPERSEDING INDICTMENT - 1

JAYME MECHELLE HUNT, an Indian, assaulted S.T., and the assault resulted in serious bodily injury in violation of 18 U.S.C. §§ 1153 and 113(a)(6).

## COUNT 2

Between on or about March 26, 2022, and May 16, 2022, in the Eastern District of Washington, the Defendant, JAYME MECHELLE HUNT, did knowingly attempt to corruptly persuade and engage in misleading conduct toward S.T. by engaging another to provide S.T. with narcotics and transportation, with the intent to influence and prevent the testimony of S.T. in an official proceeding, the jury trial of *United States v. Jayme Mechelle Hunt*, Case No. 20-CR-2023-SAB, all in violation of 18 U.S.C. § 1512(b)(1).

DATED this 14th day of June, 2022.

A TRUE BILL



Vanessa R. Waldref
United States Attorney

Michael D. Murphy
Assistant United States Attorney

SUPERSEDING INDICTMENT - 2