FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2022

SEAN F. MCAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Jayme Mechelle Hunt     **CASE NO.** 1:20-CR-2023-SAB

TOTAL # OF COUNTS: 2     ☑ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 1153 and 113(a)(6) | Assault Resulting in Serious Bodily Injury | CAG NMT 10 years; and/or $250,000 fine; up to 3 years supervised release; a $100 special penalty assessment. |
| 2 | 18 U.S.C. § 1512(b)(1) | Attempted Tampering with a Witness or Victim by Corrupt Persuasion | CAG NMT 20 years; and/or $250,000 fine; up to 3 years supervised release; a $100 special penalty assessment. |